| | |
|---|---|
| 1 | THOMAS P. BROWN IV    (SBN 97315) |
|   | tbrown@browngitt.com |
| 2 | ANI M. AKOPYAN        (SBN 234158) |
|   | aakopyan@browngitt.com |
| 3 | **BROWN GITT LAW GROUP, LLP** |
|   | 300 North Lake Avenue, Suite 200 |
| 4 | Pasadena, California  91101 |
|   | Telephone:  626.229.1919 |
| 5 | Facsimile:   626.229.1917 |

JS-6

Attorneys for Defendant,
ALTAIR ENGINEERING, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR JAVIDINEJAD, PH.D., an individual, | CASE NO.  SACV08-509JVS (RNBx) |
| Plaintiff, | **JUDGMENT** |
| v. | **Date:**  February 3, 2009 |
| ALTAIR ENGINEERING, INC., a Michigan Corporation, and BOEING IDS COMPANY, | **Time:**  1:30 p.m. |
| | **Ctrm.:**  10-C |
| | Complaint Filed:   March 18, 2008 |
| Defendants. | |

The motion by Altair Engineering, Inc.'s (hereinafter "Defendant") for Summary Judgment or, Alternatively, Summary Adjudication, came on regularly for hearing before this Court on February 3, 2009, at 1:30 p.m., before this Court in Courtroom 10-C, Honorable James V. Selna presiding, the evidence presented having been fully considered, the issues having been duly heard and a decision granting said motion having been fully rendered in favor of Defendant,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered in favor of Defendant and against Plaintiff Amir Javidinejad, Ph.D. ("Plaintiff") on the entire Complaint filed in this action; and

2. Plaintiff shall take nothing from Defendant.

Dated: July 28, 2009

_____
HONORABLE JAMES V. SELNA
Judge of the District Court